**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMELIA JOHNSON,

    Plaintiff,

v.

SUTTER DELTA MEDICAL CENTER,

    Defendant.

No. C 11-03628 SI

**JUDGMENT**

Plaintiff's complaint has been dismissed for failure to prosecute. Judgment in entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 3, 2012

SUSAN ILLSTON
United States District Judge