IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELIA JOHNSON, | No. C 11-03628 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUTTER DELTA MEDICAL CENTER, | |
| Defendant. / | |

Plaintiff's complaint has been dismissed for failure to prosecute. Judgment in entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 3, 2012

SUSAN ILLSTON
United States District Judge